# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br><br>Earnest Lewis | )<br>)<br>)<br>) Case No: 1:09CR10011-001<br>) USM No: 08587-010 |
| Date of Original Judgment: May 05, 2011<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Robert L. Depper, Jr.<br>  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

  X  DENIED.   ☐  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**NOV 28 2012**

CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated   May 05, 2011   shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 11/28/12

Effective Date: _____
*(if different from order date)*

_____
Judge's signature

HARRY F. BARNES
Printed name and title

District Judge (Senior)